UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIONNE MARSHALL, et al.,
                Plaintiffs,

                              ORDER

     - against -

                              13-CV-1471 (RJD) (JO)

DEUTSCHE POST DHL, et al.,
                Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Neil B. Solomon, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By October 2, 2013, Mr. Solomon shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Solomon shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Solomon shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
          September 25, 2013

                                                                          /s/
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge