UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIONNE MARSHALL, et al.,
                    Plaintiffs,

         - against -

DEUTSCHE POST DHL, et al.,
                    Defendants.
-----------------------------------------------------------X

ORDER

13-CV-1471 (RJD) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Julie A. Vogelzang, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By February 11, 2014, Ms. Vogelzang shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Vogelzang shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Vogelzang shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       February 4, 2014

                                                     /s/
                                          JAMES ORENSTEIN
                                          U.S. Magistrate Judge