UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIONNE MARSHALL, et al.,
                     Plaintiffs,

              ORDER

       - against -

             13-CV-1471 (RJD) (JO)

DEUTSCHE POST DHL, et al.,
                     Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Kevin E. Vance, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By May 1, 2014, Mr. Vance shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Vance shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Vance shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       April 24, 2014

                                                          /s/
                                         JAMES ORENSTEIN
                                         U.S. Magistrate Judge