**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIONNE MARSHALL and LUCIA GOMEZ, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE POST DHL and DHL EXPRESS (USA) INC.,<br><br>Defendants. | Case No.: 13-CV-01471 (RJD)(JO)<br><br>**NOTICE OF MOTION** |

**NOTICE OF MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF CLASS AND INDIVIDUAL RELEASES; AND (3) APPROVAL OF PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARDS**

**PLEASE TAKE NOTICE**, that on July 9, 2015, in the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Raymond J. Dearie, Plaintiffs will move this Court for an Order for: (1) final approval of the class action settlement of this litigation; (2) approval of class and individual releases; and (3) approval of Plaintiffs' request for attorneys' fees, reimbursement of expenses and service awards for the class representatives. Submitted in support of the motion are the accompanying memoranda of law and the Declaration of Lee S. Shalov, together with exhibits attached thereto.

Dated: New York, New York
June 26, 2015

                                    Respectfully submitted,

*/s Lee S. Shalov*
Lee S. Shalov
Wade C. Wilkinson
Brett R. Gallaway
**McLaughlin & Stern, LLP**
260 Madison Avenue, 18th floor
New York, NY 10016
Telephone: (212) 448-1100
lshalov@mclaughlinstern.com

*Attorneys for Plaintiffs
and the Settlement Class*