| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 7/9/2015 |
| | U.S. MAGISTRATE JUDGE | TIME: | 10:00 a.m. |

*Dionne Marshall, et al. v. Deutsche Post DHL, et al.*
13-CV-1471 (RJD) (JO)

TYPE OF CONFERENCE:  Hearing

APPEARANCES:   Plaintiffs    Brett Gallaway, Louis Ginsberg

　　　　　　　　　　Defendants   Christina J. Fletcher, Michael Tiliakos

SCHEDULING: There are no further conferences scheduled before me at this time.

SUMMARY: I conducted a hearing on the fairness of the proposed settlement and fee award. As set forth on the record, I respectfully recommend that the court approve the proposed settlement as substantively and procedurally fair. I expressed certain concerns about the fee application and allowed the plaintiffs' counsel an opportunity to submit supplemental evidence and argument in support of the application by July 16, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES ORENSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge